Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Mitchell A. Wrosch, (SBN 262230)
E-mail: mwrosch@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF HEMET, D. BROWN,
D. BENJAMIN, M. HIATT

FILED
CLERK, U.S. DISTRICT COURT
July 23, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor (DOB 10-26-2011), A.M., a minor, (DOB 1-15-2013), by and through their Guardian Ad Litem, ERIN ADAMS; M.M., a minor (DOB 6-17-13), by and through her Guardian ad Litem Samantha Jones; June McCullough, an individual; William McCullough, Sr., an individual; William Allan McCullough, Jr. by his successors-in-interest, A.M., A.M., through their Guardian Ad Litem, ERIN ADAMS as well as M.M. by her Guardian ad Litem Samantha Jones, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF RIVERSIDE; CITY OF HEMET; STANLEY SNIFF, JACK RUTIGLIANO, TIMOTHY GOODWYN, DEAN BENJAMIN, MATTHEW HIATT, DAVID M. BROWN, individually and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No. 5:14-cv-00830-SVW-JEM <br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE <br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)] <br><br>*[Stipulation filed concurrently herewith]* <br><br>Judge: Hon. Stephen V. Wilson <br><br>JS-6 |

GOOD CAUSE APPEARING, based on the stipulation of the parties:

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-8450-7429 v1

- 1 -

5:14-CV-00830-SVW-JEM
[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE

1 in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each
2 party is to bear their own attorneys' fees and costs.

3 **IT IS SO ORDERED.**

5 Date: _____July 23_____, 2015

*/s/ Stephen V. Wilson*

Honorable Stephen V. Wilson
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-8450-7429 v1

- 2 -

5:14-CV-00498-SVW-JEM
[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE